## HECHE *v.* STATE OF INDIANA.

[No. 13,579.   Filed March 26, 1929.]

*Abram Simmons, Charles G. Dailey* and *Virgil M. Simmons,* for appellant.

*Arthur L. Gilliom,* Attorney-General, and *Edward J. Lennon, Jr.,* Deputy Attorney-General, for the State.

PER CURIAM.—Affirmed.

## MANERO *v.* STATE OF INDIANA.

[No. 13,603.   Filed March 26, 1929.]

*Earl A. Heffner* and *Draper & Draper,* for appellant.

*Arthur L. Gilliom,* Attorney-General, and *Frank L. Greenwald,* Deputy Attorney-General, for the State.

PER CURIAM.—Affirmed.

## DAVIS *v.* STATE OF INDIANA.

[No. 13,611.   Filed March 26, 1929.]

*Frank A. Symmes, Garth B. Melson, Donald F. Lafuze* and *Earl R. Cox,* for appellant.

*Arthur L. Gilliom,* Attorney-General, and *Harry L. Gause,* Deputy Attorney-General, for the State.

PER CURIAM.—Affirmed.